1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6758/6959
7     Facsimile: (415) 436-6753
      E-Mail: wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,         )   No. CR-08-0674-SI
14                                   )
                                     )
15       v.                          )   NOTICE OF DISMISSAL
                                     )
16                                   )
   GUILLERMO HERRERA,                )
17                                   )   (San Francisco Venue)
         Defendant.                  )
18                                   )   ORDER
   _____)
19
         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20
   United States Attorney for the Northern District of California dismisses the above indictment
21
   without prejudice.
22
23 DATED: January 11, 2012                  Respectfully submitted,
24                                          MELINDA HAAG
                                            United States Attorney
25
                                                   /S/
26                                          _____
                                            MIRANDA KANE
27                                          Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR-08-0674-SI)

1 | Leave is granted to the Government to dismiss the indictment without prejudice.

Date: January 12, 2012

_____
HON. SUSAN ILLSTON
United States District Judge